**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00898-CV

---

### HARRIS COUNTY HOSPITAL DISTRICT, Appellant

### V.

### SOLOMON NWOKO, Appellee

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2013-27950**

---

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order signed October 17, 2014. On February 2, 2015, appellant filed a motion to dismiss the appeal because the case has settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.